UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9123 PA (MRW) | Date | April 26, 2016 |
|---|---|---|---|
| Title | Butler v. Valenzuela | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:**     ORDER TO SHOW CAUSE RE: DISMISSAL

    This is a state habeas action. Judge Wilner screened Petitioner's action and required Petitioner to file a statement explaining why the case should not be dismissed as a successive petition. (Docket # 3.) Petitioner requested and was granted several extensions of time to file his response (primarily due to his custodial transfers). (Docket # 7, 8, 10, 11, 15, 16.) Petitioner's statement was due April 4. He has not filed anything to date.

    Therefore, the Court therefore ORDERS Petitioner to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Petitioner's response to the OSC <u>and</u> his substantive response to the Court's screening order are due on <u>May 13</u>. Failure to respond to this Order will lead to a recommendation of dismissal. No further continuances will be granted.